

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2024

No. 04-24-00404-CR

**IN RE** Norman **YOES**

Original Proceeding[1]

### ORDER

On June 17, 2024, relator filed a petition for writ of mandamus. Because relator did not provide this court with a sufficient record, relator has not shown himself entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED.

It is so **ORDERED** on July 3, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. CR-19-0000115, styled *State of Texas v. Norman Yoes*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.